UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61139-CIV-(COHN/SELTZER)

NICOLE WATKINS,

    Plaintiff,

vs.

AN LUXURY IMPORTS OF PEMBROKE PINES, Inc., d/b/a MERCEDES BENZ OF PEMBROKE PINES,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 12]. The Court has been advised that the parties have agreed to proceed to arbitration of this matter. It is therefore

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED**. The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 16th day of September, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF